

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Lone Star NGL Pipeline LP
and ETP Crude LLC,

No. 11-20-00010-CV

* Original Mandamus Proceeding

* April 2, 2020

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

Both the opinion and judgment of this court dated February 3, 2020, are withdrawn. The opinion and judgment of this court dated April 2, 2020, are substituted therefor.

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Lone Star NGL Pipeline LP
and ETP Crude LLC,

No. 11-20-00010-CV

* Original Mandamus Proceeding

* April 2, 2020

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered the parties' agreed motion to dismiss this mandamus proceeding and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the proceeding is dismissed.